Dec.17,2011

I received a letter from charter communications about disclosing my personal information involving case #1:12-cv.11878-JCB.

I Object to the disclosing of my personal information in this case.